**Appeal Dismissed and Memorandum Opinion filed October 14, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00361-CV

## IN THE INTEREST OF E.J.A., E.B.A., AND E.P.A., CHILDREN

**On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2014-60400**

### MEMORANDUM OPINION

This appeal is from an order signed June 28, 2021. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On July 2, 2021, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On September 21, 2021, appellant was ordered to provide this court with proof of

payment for the record on or before October 6, 2021. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would result in dismissal of the appeal. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.